## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

KELLY TRACHT, LLC,
a Florida limited liability company,

        Plaintiff,

v.

DAZZLE UP, LLC d/b/a
SIMPLY SOUTHERN, a North Carolina
Limited liability company, and
VIRGINIA AYDOGDU, an individual,

        Defendants.

_____/

**CASE NO. _____**

**Jury Trial Requested**

**Injunctive Relief Requested**

## COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION

Plaintiff KELLY TRACHT, LLC ("Plaintiff" or "Tracht") hereby files its Complaint sounding in Copyright Infringement and Unfair Competition against Defendants DAZZLE UP, LLC d/b/a SIMPLY SOUTHERN ("Simply Southern") and VIRGINIA AYDOGDU ("Aydogdu") (both collectively "Defendants"). In support, Tracht provides the following:

## THE PARTIES & THE NATURE OF THE ACTION

1.     Tracht is limited liability company formed and organized under the laws of the State of Florida and located at 10152 Indiantown Road, Suite 130, Jupiter, Florida 33478. Since its formation in February 2014, Tracht has marketed, promoted, distributed, exhibited, offered for sale, and sold both on-line and through various art galleries the works of Jupiter, Florida based painter Kelly Tracht. Tracht sells these works of fine art directly on-line through its website www.KellyTracht.com (the "Tracht Website"), at its Jupiter, Florida art gallery, art exhibitions throughout Florida, Georgiam and the Carolinas, as well as at over fifteen third-party art galleries throughout Florida, Virginia, and North Carolina.

2.     Tracht also markets and promotes the various lines of artwork via social media including at www.Facebook.com/TrachtArt/ (the "Tracht Facebook Page"):



3.      Simply Southern is a limited liability company formed and organized under the laws of the State of North Carolina located at 4300 Waterleaf Court, Greensboro, North Carolina 27410.  Simply Southern makes, markets, promotes, offers for sale, and sells on-line, through third-party e-commerce sites, as well as at third-party brick-and-mortar stores, various lines of women's apparel and related accessories.  Simply Southern also sells online direct through its website www.SimplySouthernTees.com ("Defendants Website") as well as via third-party sites including ("Defendants' E-Commerce Sites"):

- www.Amazon.com;
- www.Zulily.com;
- www.BloomingBoutique.com;
- www.ShopPurpleDoorBoutique.com;
- www.beallsFlorida.com;
- www.PalmettoMoonOnline.com;
- www.MastGeneralStore.com;
- www.SouthernFriedChics.com;
- www.SimplyCuteTees.com;
- www.Gilks.com, and
- www.ArtsyAbode.com.

Simply Southern sells its apparel and related accessories at various Florida brick-and-mortar locations including Loyd Clarke Sports, as well as at Bells Outlet locations within Florida.

3.       Aydogdu is an individual located at 4300 Waterleaf Court, Greenboro, North Carolina 27410.  Aydogdu is an owner, managing member, director, and a moving force behind Simply Southern.  Upon information and belief, Simply Southern is the alter ego of Aydogdu.

## JURISDICTION AND VENUE

4.       Defendants regularly conduct business within the State of Florida and have likewise committed the acts complained of herein in this State that have caused injury to Tracht within the State of Florida.  This includes, but is not limited to, continuous and systematic acts relating to distribution of women's apparel (and related accessories) within the State of Florida.

5.       Examples of continuous and systematic acts which accord general jurisdiction upon Defendants within this State include selling University of Florida and Florida State University collegiate themed wear ("Simply Southern Florida College Apparel"):




**University of Florida Collegiate Apparel Offered by Defendants throughout Florida**    **Florida State University Collegiate Apparel Offered by Defendants throughout Florida**

5.       Further examples of general jurisdiction within the State of Florida, include sale of Florida themed women's apparel by Defendants ("Simply Southern Florida Apparel"), which are sold throughout the state (and to individuals living and residing in the state of Florida):



6.    In addition to the sale of Simply Southern Florida Apparel and Simply Southern Florida College Apparel as identified above, Defendants otherwise each have sufficient minimal contacts to meet the minimal jurisdictional requirements under the laws of Florida.

6.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338.  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

7.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391, as a substantial part of the events or omissions giving rise to the claims concern copyright claims that occurred in this judicial district.  Additionally, all of the Defendants transact business in this district.

8.    Such sales within this Judicial District, including sales of implicated apparel addressed in greater detail below, occur at Bells retail store locations in Palm Beach County, including in Jupiter (The Shoppes of Jupiter), in Boynton Beach (Boynton West Shopping Center), as well as in Royal Palm Beach (The Village Shoppes):



**GENERAL ALLEGATIONS**

4

### Kelly Tracht and Her Tropical Themed Lifestyle Art

9.      Kelly Tracht is one of Florida's leading visual artists focused on authoring unique and colorable southern casual and tropical themed lifestyle imagery:

  

**Artist Kelly Tracht**

10.      Located in Jupiter, Florida, artist Kelly Tracht has created, over the course of the last several years, various well known and highly regarded lines of aquatic, beach, and related Caribbean themed prints and related original works.

11.      Artist Kelly Tracht assigns her works of authorship over to Tracht, which in turn markets and promotes these works of fine art through the Tracht Website, the Tracht Facebook Page, as well as the Tracht Twitter Page (at handle: @KellyTrachtArt).

12.      Tracht markets and promotes the works of Kelly Tracht under United States Trademark Registration No. 4,710,679 issued on March 31, 2015 in International Class 16 for "[w]orks of art, namely, paintings, art prints and watercolors" (hereinafter the "Tracht Mark").

13.      In addition to securing the Tracht Mark, Tracht also has secured various registrations before the United States Copyright Office ("Copyright Office") regarding Kelly Tracht's various works of art, including the following seven registrations:

| No. | Title of Work | Copyright Number |
|-----|---------------|------------------|
| 1. | Artwork Q1 2012 | VAu001101081 |
| 2. | Bimini Buoys 1 | VAu001239760 |
| 3. | Order Sheets M, N, O, P, Q, R | VAu001168945 |
| 4. | Sunny Garden | VA0001894208 |
| 5. | Tropical Patchwork | VA0001904589 |
| 6. | Lime in the Coconut Coco Palm, et al | VAu001165667 |
| 7. | Sailing Sailfish | VA0001909244 |

### Tracht's Turtle Designs

14.    In or about early 2012, artist Kelly Tracht created the following works of art entitled "Calypso Pink Sea Turtle," "Trade Winds Turtle" and "Lazy Loggerhead Turtle":



**Calypso Pink Sea Turtle**          **Trade Winds Turtle**          **Lazy Loggerhead Turtle**

15.    On or about April 25, 2012, Tracht prepared and filed a copyright application before the Copyright Office to protect the three above referenced turtle designs.  The Copyright Office issued VAu001101081 (the "Artwork Q1 2012 Registration").  Attached as **Exhibit A** hereto is a true and correct copy of Artwork Q1 2012 Registration as issued by the Copyright Office.  The Artwork Q1 2012 Registration has been duly assigned and conveyed to Tracht.

16.    In or about early 2014, artist Kelly Tracht created the following works of art entitled

6

"Bimini Turtle," "Treasure Island Turtle" and "Lime in the Coconut Turtle":



**Bimini Turtle**          **Treasure Island Turtle**          **Lime in the Coconut Turtle**

17.    On or about March 7, 2014, Tracht prepared and filed a copyright application before the Copyright Office to protect the three above-referenced turtle designs.  The Copyright Office issued VAu001168945 (the "Order Sheets Registration").  Attached as **Exhibit B** hereto is a true and correct copy of the Order Sheets Registration as issued by the Copyright Office.  The Order Sheets Registration has been duly assigned and conveyed to Tracht.

18.    In or about the Summer of 2015, artist Kelly Tracht created the following work of art entitled "Junkanoo Turtles":



19.    On or about December 2015, Tracht prepared and filed a copyright application before the Copyright Office to protect the Junkanoo Turtles work of art.  The Copyright Office issued VAu001239760 (the "Junkanoo Turtles Registration").  Attached as **Exhibit C** hereto is a

true and correct copy of Junkanoo Turtles Registration as issued by the Copyright Office.  The Junkanoo Turtles Registration has been duly assigned and conveyed to Tracht.

20.     Tracht has monetized the Artwork Q1 2012 Registration, the Order Sheets Registration, and Junkanoo Turtles Registration (the "Copyrights-in-Suit") through sales of various home furnishing accessories based upon these unique and colorful original works:

  

21.     In addition to sales of original copies of these, and related home furnishing accessories, Tracht offers related works through the popular website www.Etsy.com as frameable prints:

  

**11 x 14 Aqua Lime Loggerhead Turtle Print**      **8.5x11 Sea Turtle Orange Pinks Aqua Green Turtle Print**      **11x14 Pink and Green Sea Turtle Print**

22.     Examples of prints created by Tracht based upon the three Copyrights-in-Suit include:

  

23.     Accordingly, the Artwork Q1 2012 Registration, the Order Sheets Registration, the Junkanoo Turtles Registration, and the related artwork prints identified above, represent well-known and highly recognized examples of Tracht's art work.

24.     What is more, individuals who desire to seek colorable southern casual and tropical themed lifestyle imagery have come to know Tracht as the source of these highly unique and distinctive works of art.

**Simply Southern and Aydogdu's Implicated Apparel and Accessories**

25.     Simply Southern, through the direction and control of Aydogdu, designs and creates various lines of southern and tropical themed apparel and related accessories.  Such offerings are sold through Defendants' website, various third-party e-commerce sites, as well as brick-and-mortar retailers.

26.     Within the past year, Defendants have launched a line of apparel and accessories under the name "Turtle Friends" that include the following print:



27.    More specifically, Defendants have begun to offer various lines of women's shirts, dresses, and related apparel that includes the "Turtle Friends" print both on Defendants' website as well as through Defendants' E-Commerce Sites ("Turtle Friends Apparel"):



28.    Defendants also offer a wide variety of accessories that feature the "Turtle Friends" print, both on Defendants' website, as well as through Defendants' E-Commerce Sites ("Turtle Friends Accessories"):



29.    Upon information and belief, both the Turtle Friends Apparel and the Turtle Friends Accessories (collectively the "Implicated Goods") constitute some of Defendants' best-selling and most desired products.

30.     In review of the print used for the Implicated Goods, the design appears based upon digitally duplicating two expressions contained in both the Artwork Q1 2012 Registration (*see* **Exhibit A**), and the Order Sheets Registration (*see* **Exhibit B**), namely use of the "Calypso Sea Turtle Design" and "Bimini Turtle Design":



31.     Additional review of the Implicated Goods denotes that the underlying print is further based upon digital manipulation of two portions of expression found within the Junkanoo Turtles Registration (*see,* **Exhibit C**), as shown by the following:



32.     As shown by the foregoing, Defendants have misappropriated at least four (4) separate portions of Tracht's protected expressions found within the three (3) Copyrights-in-Suit. Defendants accomplished this misappropriation through digital and/or computer means to replicate the protected expressions and create Defendants' prints for the Turtle Friends Apparel and the Turtle Friends Accessories.

33.     Defendants' taking of these four separate unique and artistic expressions of turtle imagery found within the Artwork Q1 2012 Registration, the Order Sheets Registration, and Junkanoo Turtles Registration was done without the knowledge, permission, authority, license or right of Tracht.

34.     What is more, Defendants have made careful efforts to digitally isolate portions of Tracht's protected turtle expressions.  Defendants then used these digital isolations to create its line of women's apparel and related accessories to sell in interstate commerce through Defendants' website and Etsy.com.

35.     As such, Defendants have misappropriated the goodwill associated with Tracht's artwork for unauthorized commercial purposes and represented their Implicated Works in a manner that suggest these lines of apparel and related accessories are approved, sponsored, licensed and/or affiliated with Tracht.

36.     Upon information and belief, Defendants have acted knowingly and willfully in the way and manner that they have digitally isolated such imagery and then populated them in a way and manner as to create the "Turtle Friends" design.

37.     The end result of the Defendants' aforementioned misconduct is the unauthorized exploitation of all three of the aforementioned Tracht copyright registrations. The Defendants' ensuing promotion of both the Turtle Friends Apparel and the Turtle Friends Accessories, and ultimate commercial success, has resulted in considerable pecuniary gain to Defendants.

38.     All of the foregoing has caused irreparable harm to Tracht.

## COUNT I
## COPYRIGHT INFRINGEMENT
### (United States Copyright Registration VAu001101081)

39.     This Count I is an action for damages and injunctive relief based on copyright infringement in violation of 17 U.S.C. § 501, *et seq.*

40.     Tracht repeats and re-alleges the allegations of paragraphs 1-38 of this Complaint as though fully set forth herein.

41.     Tracht is the owner of a copyright for the original work of authorship for the three turtle designs depicted below:



**Calypso Pink Sea Turtle        Trade Winds Turtle        Lazy Loggerhead Turtle**

42.     The United States Register of Copyrights issued Copyright Registration No. VAu001101081 regarding the Calypso Pink Sea Turtle, Trade Winds Turtle and the Lazy Loggerhead Turtle artworks (the "Artwork Q1 2012 Registration").

43.     The Artwork Q1 2012 Registration is both valid and subsisting.

44.     Tracht is the owner, by written assignment, of the entire right, title and interest in and to the Artwork Q1 2012 Registration, which protects the Calypso Pink Sea Turtle, Trade Winds Turtle and the Lazy Loggerhead Turtle artworks.

45.     Defendants directly and indirectly infringed the Artwork Q1 2012 Registration by violating the exclusive rights of Tracht, through Defendants' copying, reproduction, distribution,

and display of this imagery, namely through the preparation, distribution, and display of the Implicated Works.

46.     Defendants have also controlled and financially benefitted from the Infringing Works.

47.     Upon information and belief, Defendants' infringing activities were knowingly engaged in with a willful and reckless disregard of Tracht's rights.

48.     Defendants reproduction, preparation of derivative copies, advertising, distribution, and display of the Calypso Pink Sea Turtle, Trade Winds Turtle, and the Lazy Loggerhead Turtle artworks was, and continues to be, without license, and therefore constitutes an infringement in violation of 17 U.S.C. §  501.

49.     Tracht has suffered a compensable injury due to the infringing activities of Defendants, and will continue to suffer irreparable injury unless Defendants' infringing activities are enjoined.

50.     Tracht is entitled to recover either statutory and/or actual damages incurred as a result of Defendants' infringing activities.

**COUNT II**
**COPYRIGHT INFRINGEMENT**
**(United States Copyright Registration VAu001168945)**

51.     This Count II is an action for damages and injunctive relief based on copyright infringement in violation of 17 U.S.C. § 501, *et seq.*

52.     Tracht repeats and re-alleges the allegations of paragraphs 1-38 of this Complaint as though fully set forth herein.

53.     Tracht is the owner of a copyright for the original work of authorship for the three turtle designs depicted below:

  

**Bimini Turtle**          **Treasure Island Turtle**          **Lime in the Coconut Turtle**

54.      The United States Register of Copyrights issued Copyright Registration VAu01168945 regarding the Bimini Turtle, Treasure Island Turtle, and Lime in the Coconut Turtle artworks (the "Order Sheets Registration").

55.      The Order Sheets Registration is both valid and subsisting.

56.      Tracht is the owner, by written assignment, of the entire right, title and interest in and to the Order Sheets Registration, which protects the Bimini Turtle, Treasure Island Turtle, and Lime in the Coconut Turtle artworks.

57.      Defendants directly and indirectly infringed the Order Sheets Registration by violating the exclusive rights of Tracht, through Defendants' copying, reproduction, distribution, and display of this imagery, namely through the preparation, distribution, and display of the Implicated Works.

58.      Defendants have also controlled and financially benefitted from the Infringing Works.

59.      Upon information and belief, Defendants' infringing activities were knowingly engaged in with a willful and reckless disregard of Tracht's rights.

60.      Defendants reproduction, preparation of derivative copies, advertising, distribution, and display of the Bimini Turtle, Treasure Island Turtle, and Lime in the Coconut Turtle artworks was, and continues to be, without license, and therefore constitutes an infringement in violation of

17 U.S.C. § 501.

61.     Tracht has suffered a compensable injury due to the infringing activities of Defendants, and will continue to suffer irreparable injury unless Defendants' infringing activities are enjoined.

62.     Tracht is entitled to recover either statutory and/or actual damages incurred as a result of Defendants' infringing activities.

**COUNT III**
**COPYRIGHT INFRINGEMENT**
**(United States Copyright Registration VAu001239760)**

63.     This Count III is an action for damages and injunctive relief based on copyright infringement in violation of 17 U.S.C. § 501, *et seq.*

64.     Tracht repeats and re-alleges the allegations of paragraphs 1-38 of this Complaint as though fully set forth herein.

65.     Tracht is the owner of the copyright for the original work of authorship for the design depicted below:



66.     The United States Register of Copyrights issued Copyright Registration No.

VAu001239760 regarding the artwork (the "Junkanoo Turtle Registration").

67.     The Junkanoo Turtle Registration is both valid and subsisting.

68.     Tracht is the owner, by written assignment, of the entire right, title and interest in and to the Junkanoo Turtle Registration, which protects the underling artwork depicted above.

69.     Defendants directly and indirectly infringed the Junkanoo Turtle Registration by violating the exclusive rights of Tracht, through Defendants' copying, reproduction, distribution, and display of this imagery, namely through the preparation, distribution, and display of the Implicated Works.

70.     Defendants have also contributed to, controlled and financial benefitted from the Infringing Works.

71.     Upon information and belief, Defendants' infringing activities were knowingly engaged in with a willful and reckless disregard of Tracht's rights.

72.     Defendants' reproduction, preparation of derivative copies, advertising, distribution, and display of the Junkanoo Turtle Registration was, and continues to be, without license, and therefore constitutes an infringement in violation of 17 U.S.C. § 501.

73.     Tracht has suffered a compensable injury due to Defendants infringing activities, and will continue to suffer irreparable injury unless Defendants infringing activities are enjoined.

74.     Tracht is entitled to recover either statutory and/or actual damages incurred as a result of Defendants' infringing activities.

## COUNT IV
## FLORIDA COMMON LAW UNFAIR COMPETITION

75.     This Count IV is an action under the common law of the State of Florida for unfair competition against all Defendants.

76.     Tracht repeats and re-alleges the allegations of paragraphs 1-37 of this Complaint as though fully set forth herein.

77.     By misappropriating Tracht's artworks works and passing them off as their own, Defendants have utilized unfair means to usurp the good will and reputation of Tracht and its well-known line of distinctive Turtle designs.

78.     Defendants are misappropriating and falsely describing to the general public the origin and source of their Implicated Works so as to cause confusion and mistake by the consumer as to the source and origin of their apparel and related accessories.

79.     Tracht has no adequate remedy at law if this Court does not enjoin Defendants' activities, and Tracht is suffering irreparable harm and injury to its reputation.

80.     Upon information and belief, Defendants' acts are willful, wanton, intentional and malicious.

## **PRAYER FOR RELIEF**

WHEREFORE, for all of the foregoing reasons, Plaintiff KELLY TRACHT, LLC requests this Honorable Court grant relief in the following manner:

a.     Defendants (and their agents, servants, employees, and those people in active concert or participation with them) be preliminary and permanently enjoined from infringing on Plaintiff's VAu001101081 (the "Artwork Q1 2012 Registration").

b.     Defendants (and their agents, servants, employees, and those people in active concert or participation with them) be preliminary and permanently enjoined from infringing on Plaintiff's VAu01168945 (the "Order Sheets Registration").

c.     Defendants (and their agents, servants, employees, and those people in active concert or participation with them) be preliminary and permanently enjoined from infringing on Plaintiff's VAu001239760 (the "Junkanoo Turtle Registration").

d.     Be awarded all other monetary remedies available under the Copyright Act, including but not limited to, compensatory damages, statutory damages, treble damages, interest, costs and attorney's fees as legally permitted.

e.     Enjoin Defendants from filing any copyright registrations regarding such works of authorship;

f.     Enter a judgment against Defendants in an amount suitable to recompense Plaintiff for the loss of copyright licensing revenues; and

g.      Be awarded all other monetary remedies available under the common law of the State of Florida based upon Defendants' actions of unfair competition, including but not limited to, penalties and fines, compensatory damages, treble damages, disgorgement of profits, interest, costs and attorney's fees as legally permitted by each count respectively.

h.      Any and all other relief that this Honorable Court deems just.

## JURY TRIAL REQUEST

Plaintiff KELLY TRACHT, LLC requests a trial by jury.

Respectfully submitted this 4th day of April, 2017.

*/s/ Robert H. Thornburg*
Robert Thornburg
Florida Bar No. 630829
E-Mail: rthornburg@allendyer.com
Cameron C. Murphy
Florida Bar No. 125086
E-Mail: cmurphy@allendyer.com
ALLEN, DYER, DOPPELT
& GILCHRIST, P.A.
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone:      (305) 374-8303
Facsimile:      (305) 374-8306

*Attorneys for Plaintiff Kelly Tracht LLC*